HERMAN LOTZ, as Administrator of the Estate of JAMIE S. LOTZ, Deceased, Respondent, v. ANDRE M. C. VANHALL, Defendant. (Action No. 1.) ANDRE M. C. VANHALL, Individually and as Parent and Natural Guardian of LOYLA VANHALL and Another, Infants, et al., Appellants, v. HERMAN LOTZ, Individually and as Administrator of the Estate of JAMIE S. LOTZ, Deceased, Defendant. (Action No. 2.)

Rabin, Acting P. J., Hopkins, Latham, Kleinfeld and Brennan, JJ., concur.